JS-6

1  Daniel M. Cislo, No. 125,378
2  *dan@cislo.com*
   David B. Sandelands, No. 198,252
3  *david@cislo.com*
   CISLO & THOMAS LLP
4  12100 Wilshire Blvd., Suite 1700
   Los Angeles, California  90025
5  Telephone:  (310) 451-0647
   Telefax:  (310) 394-4477
6
   Attorneys for Plaintiff,
7  Aquastar Pool Products, Inc.

8  John B. Sganga, Jr. (SBN 116,211)
   *john.sganga@knobbe.com*
9  Paul A. Stewart (SBN 153,467)
   *paul.stewart@knobbe.com*
10 KNOBBE, MARTENS, OLSON & BEAR, LLP
   2040 Main Street, 14th Floor
11 Irvine, California  92614
   Tel.: (949) 760-0404; Fax: (949) 760-9502
12
   Attorneys for Defendants
13 Color Match Pool Fittings, Inc. and
   PUL Products, LLC
14

15              **UNITED STATES DISTRICT COURT**

16         **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

17

18 AQUASTAR POOL PRODUCTS,           ) Case No. EDCV 22-1237-GW-SPx
   INC., a California corporation,   )
19                                   )
              Plaintiff,             ) **ORDER OF DISMISSAL WITH**
20                                   ) **PREJUDICE**
        vs.                          )
21 COLOR MATCH POOL FITTINGS,        )
   INC., an Arizona corporation; PUL )
22 PRODUCTS, LLC, an Arizona limited )
   liability company; and DOES 1     )
23 through 10, inclusive,            )
                                     )
24            Defendants.            )
                                     )
25                                   )
                                     )
26                                   )
                                     )
27 _____ )

28

1  The Court, having considered the parties' Joint Stipulation of Voluntary

2  Dismissal with Prejudice, hereby DISMISSES WITH PREJUDICE, the above-

3  entitled action.  Each side shall bear its own attorney's fees, costs and expenses.

4  The Court VACATES all dates and deadlines.  The Clerk of the Court shall close

5  the case.

6

7  **IT IS SO ORDERED**.

8

9  DATED: January 16, 2024

10  HON. GEORGE H. WU
    United States District Judge

2